# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Mae Preast,

      Plaintiff(s),

v.

USAA General Indemnity Company,

      Defendant(s).

Case No. 2:25-cv-02516-JAD-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a).  A joint discovery plan must be filed by March 5, 2026.

IT IS SO ORDERED.

Dated: February 27, 2026

_____
Nancy J. Koppe
United States Magistrate Judge