LEILA L. HALE, ESQ.
Nevada Bar No. 7368
BRANDON C. VERDE, ESQ., LL.M.
Nevada Bar No. 14638
**HALE INJURY LAW**
1661 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
Phone: (702) 736-5800
Fax: (702) 534-4655
lhale@haleinjurylaw.com
bverde@haleinjurylaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAE PREAST, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>USAA GENERAL INSURANCE COMPANY, and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02516-JAD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>*Date of Hearing: April 7, 2026*<br>*Time of Hearing: 1:30pm* |

COMES NOW Plaintiff, MAE PREAST and Defendant USAA GENERAL INSURANCE COMPANY, by and through the undersigned counsel of record and hereby stipulate and agree as follows:

1.     On February 26, 2026, Defendant filed its Partial Motion to Dismiss Plaintiff's Amended Complaint (the "Motion"). *ECF No. 17*.

2.     The Motion is currently set for hearing on April 7, 2026 at 1:30pm before the Honorable Judge Jennifer A. Dorsey. *ECF No. 19.*

3.     Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1 and LR IA 6-2, the Parties respectfully request that the Court continue the hearing on the Motion to April 14, 2026, at 1:30 pm or to a later date and time convenient to the Court.

1

4.    Good cause exists for this requested continuance. Specifically, Plaintiff's counsel has a scheduled surgery for April 6, 2026, and a post-operative evaluation on April 7, 2026.

5.    This is the first request to continue the hearing on the Motion. This request is made in good faith and not for the purpose of delay. No party will be

prejudiced by the requested continuance.

6.    All other deadlines not specifically addressed herein shall remain unchanged.

WHEREFORE, the Parties respectfully request that the Court approve this Stipulation and enter an order continuing the hearing on the Motion to April 14, 2026, at 1:30 pm or to such other date and time as the Court deems appropriate, and adjusting related deadlines as set forth above.

DATED this 16th day of March 2026.

**HALE INJURY LAW**

*/s/ Brandon C. Verde*

LEILA L. HALE, ESQ
Nevada Bar No. 7368
BRANDON C. VERDE, ESQ., LL.M.
Nevada Bar No. 14638
1661 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
*Attorneys for Plaintiff*

DATED this 16th day of March 2026.

**SPENCER FANE LLP**

*/s/ Taylor Reeves*

TAYLOR REEVES, ESQ.
Nevada Bar No. 15987
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**IT IS SO ORDERED:**

Based upon the foregoing Stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint, *ECF No. 17*, currently set for April 7, 2026, at 1:30pm, is continued to April 14, 2026, at 1:30pm before the Honorable Judge Jennifer A. Dorsey.

_____
JUDGE JENNIFER A. DORSEY

DATED:_____3/19/2026_____

2