Taylor R. Reeves, Esq. (NV Bar No. 15987)
**SPENCER FANE LLP**
300 S. Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone: 702.408.3400
Facsimile: 702.938.8648
Email: treeves@spencerfane.com

*Attorneys for Defendants USAA General Indemnity Company, incorrectly named as USAA General Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MAE PREAST, an individual

Plaintiff,

vs.

USAA GENERAL INSURANCE COMPANY; DOES I through X and ROE CORPORATIONS, I through X, inclusive,

Defendants.

Case No.: 2:25-cv-02516-JAD-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

ECF No. 30

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that the above-entitled action may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party will bear their or its own costs and attorney's fees.

DATED this 3rd day of June, 2026.

**HALE INJURY LAW**

/s/ Brandon C. Verde
Leila L. Hale, Esq.
Nevada Bar No. 7368
Brandon C. Verde, Esq.
Nevada Bar No. 14638
1661 West Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89012
*Attorneys for Plaintiff, Mae Preast*

**SPENCER FANE LLP**

/s/ Taylor Reeves
Taylor R. Reeves, Esq.
Nevada Bar No. 15987
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for Defendants USAA General Indemnity Company, incorrectly named as USAA General Insurance Company*

155538553.1

**ORDER**

Based on the parties' stipulation **[ECF No. 30]** and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED** with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT JUDGE
6/8/26

155538553.1

- 2 -